# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|   |   |
|---|---|
| JPMorgan Chase Bank, N.A., | 3:14-cv-00116-HDM-WGC |
| Plaintiff, | |
| vs. | Default Judgment |
| WMC MORTGAGE CORP., a California Corporation, DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff JPMorgan Chase Bank, N.A., filed its complaint on March 3, 2014, alleging an antiquated Deed of Trust in favor of Defendant WMC Mortgage Corp. clouds title on certain real property located at 3 Northridge Drive., Nevada, 89447, Assessor's Parcel Number 003-051-17, in Lyon County Nevada.  Plaintiff requests a Declaratory Judgment that the Stale Deed of Trust has been paid, discharged, satisfied, and no longer encumbers the subject property.

Defendant was properly served on May 6, 2014, and has failed to file an Answer or Responsive Pleading.  A clerk's default was entered on June 20, 2014.

1

Accordingly, the court finds default judgment is appropriate pursuant to F.R.C.P. 55(b)(2).

**IT IS HEREBY ORDERED** the Stale Deed of Trust has been paid, discharged, satisfied, and no longer encumbers the subject property.

IT IS SO ORDERED.

DATED: This 1st day of August, 2014.

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE